# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0824
Lower Tribunal No. 2015-CF-012387-A-O

_____

KEITH TAURUS HAMLET, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

April 21, 2026

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and PRATT, JJ., concur.


Keith Taurus Hamlet, Sr., Lake City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Bureau Chief, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED